

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00208-CR

**EX PARTE** Jose Manuel **ROMO-MORAN**

From the 2nd 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-2181-CV
Honorable W.C. Kirkendall, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's order is REVERSED, habeas relief is GRANTED, and the matter is REMANDED to the trial court to permit Jose Manuel Romo-Moran to withdraw his plea.

SIGNED February 15, 2017.

_____
Marialyn Barnard, Justice